# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.   2020 CW 0394

**JULY 06, 2020**

---

In Re:    V. Keeler & Associates, Inc., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 676874.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(8), (9), and (10). Relator, V. Keeler and Associates, Inc., failed to include a copy of the pleadings upon which the ruling was founded; a copy of the opposition and attachments or statement advising no opposition was filed; or a copy of the pertinent court minutes.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 5, 2020, and must contain a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT